AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CoxCom, Inc. dba Cox Comm. NE

V.

Richard Baggersen

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 04 386T

TO: (Name and address of Defendant)

Richard Baggersen
304 Grove Avenue
Warwick, RI 02889

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Francis Holbrook
Miller, Scott & Holbrook
122 Touro Street
Newport, RI 02840
(401) 847-7500

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9/3/04

(By) DEPUTY CLERK

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10-7-04 |
|---|---|
| NAME OF SERVER (PRINT) PAUL G HUGHES | TITLE FEDERAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 384 GROVE AV WARWICK, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (specify): __________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-7-04
Date

[signature]
Signature of Server

7 EVA LN, CRANS RI
Address of Server
(401) 944-8980

FILED
2004 OCT 18 A 10:56
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.