**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CoxCom, Inc.** | : | |
| **dba Cox Communications New England** | : | |
| Plaintiff, | : | **Case No.: CA 04 386 T** |
| vs. | : | |
| **Richard Baggersen** | : | |
| Defendant | : | |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Now comes the Plaintiff CoxCom, Inc. dba Cox Communications New England (hereinafter "Cox" or the "Plaintiff"), in the above-entitled action and requests this Honorable Court to enter a default against Defendant Richard Baggersen (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that the Defendant has failed to appear, has failed to serve a responsive pleading, and has failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against the Defendant. The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

3

Respectfully Submitted for the Plaintiff,
CoxCom, Inc.
dba Cox Communications New England
By Its Local Attorney,

1/18/05
Date

Francis S. Holbrook II
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840
(401) 847-7500

**CERTIFICATE OF SERVICE**

I, Francis S. Holbrook II, local attorney for the Plaintiff, hereby certify that on the 18th day of January, 2005, a copy of the foregoing was sent via first class mail to:

Richard Baggersen
304 Grove Avenue
Warwick, RI 02889

Francis S. Holbrook II, Esq.

DISTRICT OF RHODE ISLAND
DISTRICT COURT
2005 JAN 25 P 12:03
FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CoxCom, Inc.** | : | |
| **dba Cox Communications New England** | : | |
| **Plaintiff,** | : | **Case No.: CA 04 386 T** |
| **vs.** | : | |
| **Richard Baggersen** | : | |
| **Defendant** | : | |

**AFFIDAVIT OF ATTORNEY FOR PLAINTIFF'S REQUEST FOR DEFAULT**

Now comes Francis S. Holbrook II, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On September 3, 2004, the Plaintiff filed a Complaint against the Defendant, Richard Baggersen (hereinafter the "Defendant"), in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On October 7, 2004, the said Defendant was served **by delivering to the Defendant personally a copy of the Summons and Complaint** (see copy of Deputy Sheriff's Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6. I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Respectfully Submitted for the Plaintiff,
CoxCom, Inc.
dba Cox Communications New England
By Its Attorney,

Francis Holbrook (3412)
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840
(401) 847-7500

Subscribed and sworn to, under the pains and penalties of perjury, this 18th day of January, 2005.

Kathleen M Dunn
Notary Public Kathleen M Dunn
My Commission Expires: 8/20/05

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CoxCom, Inc. dba Cox Comm. NE

V.

Richard Baggersen

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 04 386T

TO: (Name and address of Defendant)

Richard Baggersen
304 Grove Avenue
Warwick, RI 02889

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Francis Holbrook
Miller, Scott & Holbrook
122 Touro Street
Newport, RI 02840
(401) 847-7500

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9/3/04

(By) DEPUTY CLERK