**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CoxCom, Inc. d/b/a** | : | |
| **Cox Communications New England** | : | |
| **Plaintiff** | : | **Case No.: 04-CV-386 T** |
| **vs** | : | |
| **Richard Baggerson** | : | |
| **Defendant** | : | |

## AFFIDAVIT OF FRANCIS S. HOLBROOK II

Now comes the affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge.

### GENERAL FACTUAL ASSERTIONS

1. I, Francis S Holbrook, II, represent the Plaintiff in the above-entitled action.

2. I am a member of the Law Firm of Miller Scott & Holbrook.

### FACTUAL ASSERTIONS AS TO ATTORNEY'S FEES

3. My usual hourly rate is $200.00 per hour. This rate is more than reasonable for Federal litigation in Rhode Island.

4. The time records have been edited to remove confidential communications with the client. The Plaintiff reserves the right to amend its claim for attorney's fees and costs should Plaintiff's Counsel have to attend a Default Hearing in Providence and Plaintiff may also bear certain costs with reference to said hearing.

5. The details of the time records, to date, are set forth below. Also, I have already reduced the billable time from the actual time spent on reviewing and sorting my

time records to take into account the first circuit case of *Brewster v. Dukakis*, 3 Fed.3d 488, (1st Cir. 1993) which provides that attorney's fees for work on affidavit for fees should be billed at a reduced rate.

**Attorney's HOURS:**

| | | |
|---|---|---|
| 09/01/04 | Open file; Examination of documents; Letter to Federal Court | .40 |
| 09/17/04 | Examination of documents | .20 |
| 10/26/04 | Reviewing file; Phone call with Defendant | .40 |
| 10/26/04 | Phone call with Defendant; Preparation of memo | .40 |
| 12/08/04 | Phone call with Attorney; Reviewing File | .20 |
| 01/12/05 | Reviewing file; Phone call with Attorney | .40 |
| 01/13/05 | Preparation of Default | .40 |
| 04/25/05 | Reviewing file; Preparation of Default Agreement | .50 |
| 08/27/05 | Preparation of Motion for Default Judgement; Request for Entry of Default; Proposed Order for Motion for Default Judgement; Memorandum of Law in Support of Motion for Default Judgement | 2.00 |
| 08/30/05 | Reviewing document; Revising document; Preparation of Exhibits | .60 |
| **Total Amount of Hours** At 200.00 per hour. | | **5.50** |
| **Total Amount** | | **$1,100.00** |

6. No attorney's fees have been paid by the Plaintiff in the case at bar because the case is covered by a contingency fee agreement and there has not been and may never be any actual recovery.

**OTHER FACTUAL ASSERTIONS**

7. The Default of the Defendant has been entered for failure to appear in this action;

8. The undersigned believes the Court can assess statutory damages in this matter without testimony. Yet, if the court believes testimony is necessary or even helpful, the Plaintiff will fully cooperate and provide fact witnesses and/or expert witnesses if required.

9. On information and belief, the Defendant is not an infant or an incompetent and the Defendant is not in the military service.

8/30/05
Date

Francis S. Holbrook, II

STATE OF RHODE ISLAND
NEWPORT, SS.

Date: August 30, 2005

Then personally appeared the above-named Francis S. Holbrook, II and acknowledged the foregoing instrument to be his free act and deed, before me,

NOTARY PUBLIC
My Commission Expires: June 16, 2008

2632/cb