UNITED STATES DISTRICT COURT
DISTRICT OF RI

**CoxCom, Inc.** :

**dba Cox Communications New England** :

Plaintiff, :

vs. : **Case No.: CA 04 - CV - 386 T**

**Richard Baggerson** :

Defendant :

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
CoxCom, Inc. dba
Cox Communications New England
By Its Attorney,

11/4/05
Date

Francis Holbrook
**Miller, Scott & Holbrook**
122 Touro Street
Newport, RI 02840
(401) 847-7500

10-21-05
Date

Richard Baggerson

3065/cb

ENTER
Ernest C. Torres
Chief U.S. District Judge
DATE 11/15/05

**CERTIFICATE OF SERVICE**

I, Francis Holbrook, attorney for the Plaintiff, hereby certify that I have, on this 4th day of November, 2005 served a copy of the foregoing, via first class mail, postage prepaid, to the following:

Richard Baggerson
304 Grove Avenue
Warwick, RI 02889

Francis Holbrook