FILED

SEP 01 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

11/16/05: DENIED AS MOOT IN VIEW OF DISMISSAL STIPULATION ENTERED ON 11/15/05.

USMJ

| | | |
|---|---|---|
| **CoxCom, Inc. d/b/a** | : | |
| **Cox Communications New England** | : | **Case No: 04-CV-386 T** |
| **Plaintiff** | : | |
| **vs** | : | |
| **Richard Baggerson** | : | |
| **Defendant** | : | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff hereby moves this Court for a Judgment by Default in the above-entitled action against the Defendant. The Plaintiff also requests that this court assess non-Liquidated Damages after considering the Plaintiff's filings made herewith. The Plaintiff contends that the court should be able to assess non-liquidated damages in this action based upon the facts as determined through the Defendant's default all in accordance with Fed. R. Civ. P. 55(b)(2). However, should this court determine that testimony is necessary or even helpful for the assessment of non-liquidated damages, the Plaintiff requests that such a hearing be scheduled.

In support of this Motion, Plaintiff submits:

1. That a Default was entered against the Defendant on January 28, 2005.

2. That Defendant has still failed to reply or otherwise defend the claims set forth in Plaintiff's complaint;

3. That Defendant is not an infant or incompetent;

4. That Defendant is not in the military service; and,

5. That the Plaintiff is entitled to damages and other civil remedies as set forth below.

In further support of this Motion, please see:

1. Memorandum of Law in Support of Plaintiff's Motion for Default Judgment.

2. Affidavit of Attorney Francis S. Holbrook, II.

3. Affidavit of Cox Employee

Entered to U.S.M.J. Almond
☒ for findings & recommendations
☐ for determination
☐ ______
Ernest C. Torres, Chief Judge
Date: 9/27/05